157 A.3d 815

HOROWITZ; Horowitz

v.

ZIPIN LAW FIRM

Pet. Docket No. 596, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1873 & 2577, Sept. Term, 2015).

Petition for writ of certiorari denied

■

157 A.3d 815

IN RE: ADOPTION/GUARDIANSHIP OF E.G. and J.G.

Pet. Docket No. 597, Sept.Term, 2016

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 552, Sept. Term, 2016).

Petition for writ of certiorari denied